IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZOU YULAN, et al., ) <br> ) <br> Defendants. ) | Case No. 18-cv-00160 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Gianni Versace, S.p.A. ("Versace" or "Plaintiff") seeks this Court's authorization to effectuate service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 10th day of January 2018.   Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*