IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., ) | Case No. 18-cv-00160 |
| Plaintiff, ) | |
| ) | **Judge Robert M. Dow, Jr.** |
| v. ) | |
| ) | **Magistrate Judge Jeffrey T. Gilbert** |
| ZOU YULAN, et al., ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gianni Versace, S.p.A. ("Versace") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Yiwu Shangheng Jewelry Co., Ltd. | 217 |
| blackgall2014 | 326 |
| candygirljewelry | 328 |
| chourenling1990 | 330 |
| dreamlandsales68 | 336 |
| Elsa Elsa 's store | 339 |
| erni_2016887 | 340 |
| Green Fields Store | 345 |
| happygarden13 | 348 |
| he1212 | 349 |
| hotdeal320 | 351 |
| jixiangruyi1993 | 355 |
| kiwistore2012 | 359 |
| k-mega-store | 361 |
| PEONAO HIGH-END TEXTILE DÉCOR FOR HOUSE Store | 382 |
| why*always*me | 408 |
| wisellerlandpower | 410 |
| Women's World | 412 |

Dated this 23rd day of February 2018.        Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*