**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GIANNI VERSACE, S.p.A., <br><br>   Plaintiff, <br><br> v. <br><br> ZOU YULAN, et al., <br><br>   Defendants. | Case No. 18-cv-00160 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT
JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A**

Plaintiff Gianni Versace, S.p.A. ("Versace"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the defendants identified in Schedule A. In support of this Motion, Versace submits the accompanying Memorandum.

Dated this 23rd day of February 2018.          Respectfully submitted,

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Versace's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Stacy Kuo and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Gianni Versace, S.p.A.*