# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Gianni Versace, S.p.A.

                          Plaintiff,

v.                                    Case No.: 1:18−cv−00160

                                    Honorable Robert M. Dow Jr.

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2018:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Plaintiffs' motion for entry of default and default judgment against the Defendants identified in schedule A [36] is granted. Signed order to follow. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.